```
   0 · *
1,340.36+
```

**UNCLAIMED FUNDS**

FILED 2010 AUG 27 AM 11:53

```
1,340.36*
```

2010

(08-63597) MICHAEL KULESA
ROBYN KULESA
CREDITOR DID NOT CASH CHECK
CHECK #444617 FOR $1,340.36
EVERHOME MORTGAGE
8100 NATIONS WAY
JACKSONVILLE, FL  32256

```
UNITED STATES
BANKRUPTCY COURT

Northern District of Ohio
Canton Division

R1  -  00060757  -  SESHE

August 27, 2010 11:56:12

Code      Case #     Qty       Amount
UF - UNCLAIMED FUNDS
          08-63597    1@      $1,340.36CK
Debtor - KULESA

TOTAL  -   $1,340.36
TEND   -    1,340.36
CHANGE-         0.00

FROM: TOBY L ROSEN
      121 CLEVELAND AVE SW
      CANTON OH 44702
      330-455-2222
```